JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VAN BREGMANN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BURTON SNOWBOARDS NORTH AMERICA, a Vermont Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: SACV10 - 1199 DOC (MLGx) |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action, including any and all claims and counterclaims, is dismissed without prejudice.

Date: 11/4/11         Signed: _____
                              David O. Carter
                              United States District Judge